UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINE BROWN<br><br>Defendant. | Case No.: CR09-193-RSM<br><br>TEMPORARY DETENTION ORDER |

<u>Offenses Charged</u>:

    Conspiracy to Distribute Methamphetamine

<u>Bond Revocation</u>:

    On June 10, 2009, defendant appeared at her detention hearing held before the undersigned Magistrate Judge after which defendant was released on an appearance bond that included restrictions that she not commit any violations of law.

    On June 30, 2009, Pretrial Services filed a Petition for Warrant for Defendant Under Pretrial Services Supervision, alleging that the defendant had violated the terms and conditions of her bond as follows:

    1.    Christine Brown has violated the standard bond condition that she not use, consume, or possess a controlled substance by using methamphetamine on or about June 27, 2009.

TEMPORARY DETENTION ORDER
PAGE 1

2. Christine Brown has violated the bond condition that she not use, consume, or possess alcohol or any other product containing alcohol, by consuming alcohol on June 27, 2009.

On July 1, 2009, the defendant made her initial appearance at a bond revocation hearing before the Honorable Mary Alice Theiler. She was advised of her rights in connection with the Petition for Warrant for Defendant Under Pretrial Services Supervision. Defendant denied the allegations and an evidentiary hearing on revocation of supervised release was set for July 2, 2009.

On July 2, 2009, defendant appeared at a bond revocation hearing before the undersigned Magistrate Judge. She was advised of the allegations and admitted the violations.

Pursuant to CrR 32.1, CrR46(c) and 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) On June 10, 2009, defendant was released on bond with pretrial supervision and special conditions.

(2) The defendant has failed to abide by the terms of her bond.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained at the Federal Detention Center. She shall be released on Monday, July 6, 2009, to attend an outpatient drug and chemical dependency treatment program. Thereafter, she will remain on bond.

(2) Defendant's release is subject to all of the terms of the bond previously entered on June 10, 2009.

///
///
///

(3) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of July, 2009.

*[signature]*

JAMES P. DONOHUE
United States Magistrate Judge

TEMPORARY DETENTION ORDER
PAGE 3